1

2

3            **UNITED STATES DISTRICT COURT**

4            **NORTHERN DISTRICT OF CALIFORNIA**

5

6    **TERESA BECHELLI-GONZALEZ,**                    CASE NO.  16-cv-07284-YGR

7              Plaintiff**,**

8              vs.                                    **ORDER RE: MAGISTRATE JUDGE'S REPORT
                                                      AND RECOMMENDATION**

9    **COMMISSIONER OF THE SOCIAL SECURITY**          Re: Dkt. No. 19
     **ADMINISTRATION,**
10
               Defendant**.**
11

12          Now before the Court is Magistrate Judge Maria-Elena James' (the "Magistrate Judge")

13   Report and Recommendation to dismiss without prejudice plaintiff Teresa Bechelli's complaint

14   for judicial review of defendant's denial of disability insurance benefits under the Social Security

15   Act for failure to prosecute.  (Dkt. No. 19.)  On October 16, 2017, the Magistrate Judge found that

16   plaintiff failed to file a timely written response to the Magistrate Judge's order to show cause as to

17   why the case should not be dismissed for failure to prosecute.[1]  (*See* Dkt. Nos. 18, 19.)  The

18   Magistrate Judge then ordered "the Clerk of the Court to reassign the case to a district court judge"

19   because defendant "did not yet consent to [Magistrate Judge] jurisdiction."  (Dkt. No. 19 at 4:18-

20   20.)

21          It is unclear why this case is before the district court in the first place, as the parties

22   previously consented to magistrate judge jurisdiction, (Dkt. Nos. 6, 9), and district court Judge

23   Jeffrey S. White referred the case to the Magistrate Judge for all purposes on that ground.  (Dkt.

24   No. 10 ("Pursuant to Local Rule 72-1 *and the consent of the parties*, this matter is referred for

25   random assignment of a Magistrate Judge for all purposes including any trial or any other *final*

26

27          ──────────────
                 [1] The Court notes that plaintiff has now filed a letter asserting that plaintiff filed a timely
28   written response on November 9, 2017, which was postmarked November 21, 2017, and posted on
     the docket November 27, 2017.  (Dkt. No. 22.)

United States District Court
Northern District of California

*disposition and entry of judgment*.") (Emphasis supplied.).)  Accordingly, the matter is referred back to Magistrate Judge Maria-Elena James for all purposes including final disposition and entry of judgment.

**IT IS SO ORDERED.**

Dated: December 6, 2017

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Rose/MEJ

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28